AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Pamela J Bergmann
_____
Plaintiff

V.

Cirawd Hanna, CO JJ King, H. Guoseman
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, Pamela J Bergmann _____ declare that I am the (check appropriate box)

•  •  Petitioner/Plaintiff/Movant          •  • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under
28 USC §1915,  I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

**FILED**

**AUG 1 3 2008**

**U.S. DISTRICT COURT
DISTRICT OF DELAWARE**

In support of this application, I answer the following questions under penalty of perjury

1.    Are you currently incarcerated?    Yes    •  •No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration  SCCC    SVOP/SWRU 23207 Dupont Blvd Georgetown, DE 19947

   **Inmate Identification Number (Required):**  175 662

   Are you employed at the institution? No    Do you receive any payment from the institution? No

   _Attach a ledger sheet from the institution of your incarceration showing at least the past six months'
   transactions_

2.    Are you currently employed?    •  •Yes    •  No

   a.    If the answer is "YES" state the amount of your take-home salary or wages and pay period a
         and give the name and address of your  employer.

   b.    If the answer is "NO" state the date of your last employment, the amount of your take-home
         salary or wages and pay period and the name and address of your last employer.
         3-07 State of Delaware Cape Henelopen School District 1070 Kings Hwy, Lewes DR 1995P(3)

3.    In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | • • No |
   | b. | Rent payments, interest or dividends | • • Yes | • • No |
   | c. | Pensions, annuities or life insurance payments | • • Yes | • • No |
   | d. | Disability or workers compensation payments | • • Yes | • • No |
   | e. | Gifts or inheritances | • • Yes | • • No |
   | f. | Any other sources | • • Yes | • • No |

If the answer to any of the above is "YES" describe each source of money and state the amount
received _AND_ what you expect you will continue to receive.

Disability Workers Compensation     $ 1021.00 per month

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.    Do you have any cash or checking or savings accounts?    ⟨ • • Yes ⟩   • •No

      If "Yes" state the total amount  $ _____400.⁰⁰_____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

       ⟨ • • Yes ⟩  • •No

      If "Yes" describe the property and state its value.

      Real Estate $149,000  owe $110,000 property (main home)
      1988 Ford Mustang  $500⁰⁰ – as is not operatable
      2002 Honda cdr  $6000⁰⁰ – high milage – work vehicle-personal use
      2002 Honda Rebel mc  $4000⁰⁰ – as is

6.    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

      A    J   L Br      $ 2000⁰⁰  monthly for my son

      I declare under penalty of perjury that the above information is true and correct.

      ___8-11-08___                    _____
          DATE                              SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

Cash in Book as of 8/7/08 $32.50

## INMATE ACCOUNT STATEMENT

**PAMELA BERGMANN**

NAME

**175662**

**22-Jul-08**

SCCC ADMIT DATE

DATE RELEASED

| DATE | DEPOSITS | Type of Deposit | DISBURSE MENT | Type of Disburs. | BALANCE | |
|---|---|---|---|---|---|---|
| | $0.00 | | $0.00 | | | $0.00 |
| 7/23/2008 | $40.00 | INTAKE | $0.00 | | $0.00 | $40.00 |
| 7/30/2008 | $0.00 | | $1.50 | Mail Supplies | $38.50 | $38.50 |
| 7/31/2008 | $0.00 | | $2.67 | Mail Supplies | $35.83 | $35.83 |
| 7/31/2008 | $0.00 | | $6.00 | Medical | $29.83 | $29.83 |
| | $0.00 | | $0.00 | | $29.83 | $29.83 |
| | $0.00 | | $0.00 | | $29.83 | $29.83 |
| | $0.00 | | $0.00 | | $29.83 | $29.83 |
| | $0.00 | | $0.00 | | $29.83 | $29.83 |
| | $0.00 | | $0.00 | | $29.83 | $29.83 |
| | $0.00 | | $0.00 | | $29.83 | $29.83 |
| | $0.00 | | $0.00 | | $29.83 | $29.83 |
| | $0.00 | | $0.00 | | $29.83 | $29.83 |
| | $0.00 | | $0.00 | | $29.83 | $29.83 |
| | $0.00 | | $0.00 | | $29.83 | $29.83 |
| | $0.00 | | $0.00 | | $29.83 | $29.83 |
| | $0.00 | | $0.00 | | $29.83 | $29.83 |
| | $0.00 | | $0.00 | | $29.83 | $29.83 |
| | $0.00 | | $0.00 | | $29.83 | $29.83 |
| | $0.00 | | $0.00 | | $29.83 | $29.83 |
| | $0.00 | | $0.00 | | $29.83 | $29.83 |
| TOTAL | $40.00 | | $10.17 | | | $29.83 |

**$0.00**
OPENING BALANCE
**$29.83**
ACCOUNT BALANCE

**TYPE OF DISBURSMENTS**
R/B         room/board owed from previous visits to SWRU
MED =      Visits to medical
TRANS =   transportation owed from previous visits
P2 =        Pay to's submitted thru business office
DG  =       Dollar General/commissary
TRANSF    Transfers to Other Institutions
SP. COURT  Superior Court
**TYPE OF DEPOSITS**
M/O  =      money orders received outside of institution
B/R  =       booking and receivng
CK =        checks
CASH
I / W =      inmate wages

VIOLATION OF PROBATION/SCCC

## REQUEST FORM
## FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: Bergmann Pamela J.    SBI Number: 175662

      (Last)     (First)     (M.I.)

Housing Unit: VOP Pod 5

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_Pam Bergman_
Inmate Signature

_[signature]_
Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office: 8|8|08 .

## INMATE ACCOUNT STATEMENT

TO:    Inmate Name: Bergmann Pamela

              (Last)     (First)     (M.I.)

    SBI Number: 175662
    Housing Unit: _____

FR:    Inmate Account Technician

DA: 8|8|08

RE:    Summary Of Account

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Attached is your account statement for the six month period of July 22, 2008 through 8 8 2008 .

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $_____.

Attachment

_[signature]_
Notary