(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Pamela Jo Bergmann   175662
    (Name of Plaintiff)           (Inmate Number)

32248 Robin Hood's Loop Millsboro, DE 19966
    (Complete Address with zip code)

(2) NA
    (Name of Plaintiff)           (Inmate Number)

    N/A
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Corporal Hanna

(2) CO JJ King

(3) Lt ~~Boberson~~ Free
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

:
:
:
:
:
:  5 1 6
:
:  _____
:      (Case Number)
:  ( to be assigned by U.S. District Court)
:
:
:
:
:  **CIVIL COMPLAINT**
:
:
:
:  ~~Jury Trial Requested~~
:  **FILED**
:  AUG 13 2008
:  **U.S. DISTRICT COURT
   DISTRICT OF DELAWARE**

**I.  PREVIOUS LAWSUITS**

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
    including year, as well as the name of the judicial officer to whom it was assigned:

    Yes - Caption and Case number unknown at present (Can submit when released)

    Year 2007

    This case was dismissed by Judge Sullivan??)

## II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    • (• Yes)    • • No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    • • Yes    • • No    *yes for claim #1 - different setting*

C.    If your answer to "B" is Yes:

1.    What steps did you take?    Write a grievance pertaining to my right to practice religion and the treatment thereof

2.    What was the result?    8/6/08 - Nothing yet. 5th weekday no response, 8/8/08 still awaiting response, Wrote Warden in reference to no response 8/7/08 - 8/9/07 4pm MHU/ LT Hocker Not acknowledge yet. 9/8/08/08 Wrote grievance and informal form as told to do and titled per Lt Hocker request (9-for Bible Study - Informal Resp/Not Accepted - No Valid reason or explanation

D.    If your answer to "B" is No, explain why not: _____

## III.    DEFENDANTS (in order listed on the caption)

(1) Name of first defendant:    Mrs. Hanna

Employed as    Corporal Hanna    at Sussex County Violation of Probation Center

Mailing address with zip code:    SCCC    SVOP/ SWRU

23207 Dupont Blvd Georgetown, DE 19947

(2) Name of second defendant:    J. J. King

Employed as    CW JJ King    at Sussex County Violation of Probation Center

Mailing address with zip code: SCCC    SVOP/ SWRU

23207 Dupont Blvd Georgetown, DE 19947

(3) Name of third defendant:    Mr. Cameron Free

Employed as    Lt. Cameron Free    at Sussex County Violation of Probation Center

Mailing address with zip code:    SCCC    SVOP/ SWRU

23207 Dupont Blvd Georgetown, DE 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 7/27/08 after having been ignored by defendant #2 C/O JT King, I approached (with Hellen Leon) Corporal Hanna for an answer as to why I/we were not allowed/ permitted to go to Chapel and her response was "Your BEAT" and continued to walk away without explanation. Which I was housed in Unit #6 SCCC/Vop 11 where this incident occurred. Corporal Hanna came to Unit #6 due to the communication by myself and other inmates to get C/o JT King's authorization and were ultimately ignored by him.

2. On 7-27-08 this defendant had approached myself and another inmate on Unit #6 around 5pm to give us cleaners asking if we were going to Chapel. + the response was "Yes SIR". At 6pm 7-27-08, time for Chapel, Unit #5 SCCC-VOP was released to go and Unit #6 SCCC-VOP and my inquiries to go were ignored. This CO also told us at 5pm he would need the cleaner when he came to take us to Chapel at 6pm. We/I were/were ready but had to clean before we went to Chapel and did so to go without permission to do so.

3. The defendant on 7-27-08 having been responsible to handle my panic/anxiety attacks for having received defendant #1 response to going to Chapel question 6:05pm-7/27/08 approached me telling me to calm down and that I was denied Chapel to protect me from the ladies of Unit #5. After saying "Do you have a Bible? Then have a service yourself"!!!

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Full sentence explanations as to why I could not go to Chapel, From Corporal 4, Co' (written will before also.)
To protect other inmates rights to religious practices.
An apology, if not, work it practical or written notice as to why I could not go to Chapel.
Credit Work hours for cleaning Unit #6 toward my fine by 8/15/08.
Facility the fact that no other inmate will be unable to attend religious practices within VOP or any other prison in the State of Delaware. Written verification thereof.

2. Full sentence explanations as to why I couldn't go to Chapel. From Corp. Co's, ıt (written please also)
To protect other inmates rights to practice religion.
An apology, if any, a call or written notice, to why I was denied Chapel services.
Credit work hours to Cleaning Unit #6 toward my fine by 8/15/08.
Fortify the fact that no other inmate will be unable to attend religious practices
within Vol or any other person/institution in the State of Delaware. Written verification thereof.

3. Full sentence explanations as to why I couldn't go to Chapel. From Corp. Co it (written will be true also)
To protect other inmates rights to practice religion.
An apology, if any, a call or written notice as to why I was denied Chapel service.
Credit work hours for Cleaning Unit #6 toward my fine by 8-15-08
Fortify the fact that no other inmate will be unable to attend religious practices
within Vol or any other person/institution in the State of Delaware. Written verification thereof.

To at least have gotten a response to grievance sent!!)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___11th___ day of ___August___, 2 _008_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

To Whom It May Concern.

I Pamela J. Bergmann, SBI # 175662, Unit #6 am writing this grievance to address revocation of priviledges, especially those pertaining to my right as an inmate to practice religion. Since July 27, 2008 after an incident where another inmate offensively touched me I have been housed not only in an isolation cell but also in Unit #6, I have not recieved one definate, defined or alike answer as to why these movements have occured. I have been told I'm the problem on Unit #5 (Officer Diel), I am not in protective custody (Officer Mills), and many various statements leading me to believe I'm being sanctioned. Unclear knowledge of my status and being in Unit #6 where I had to clean bugs, urine, and fecal matter out of the bathroom just in order to maintain personal hygiene. Let alone later being ordered to clean the whole Unit #6 myself without being given credit for work hours. Being told by staff that it was my duty to maintain my living quarters which was filthy, inhumanely so when I arrived waiting twenty-four hours for cleaners to clean an area I hadn't soiled.

On 7/29/08, the right to which after numerous requests from myself and Hellen Leon throughout a 24 hr period recieved cleaners, At which time the Officer (____ (Span?) on duty whom brought up the materials to clean asked if we were going to Chapel. Responding that we would like to go in a positive manner began cleaning and at 6pm heard this officer release Unit #5 to Chapel and not Unit #6. Anticipating being taken to Chapel and returning the cleaners at that time as per requested I was ready as the Officer proceeded to ignore requests to be released to go to Chapel. Not until 6:45pm–7pm was I acknowledged pertaining to the Chapel matter.

Being denied my right as an inmate to attend religious belief and traditional rights to practice religion as an inmate or Not is. Now the correctional officers I am namely as employees of the State of Delaware have denied my right to practice my religious beliefs. Of course I felt hurt, saddened, and cried, (Respectfully w) a history of panic anxiety attacks). Even on murder charges inmates have the right to practice religion. WHY THEN → Was my right to practice religion and attend Chapel denied ?? 7/29/08

I have no sanction papers, no violations of rules, write-ups, nothing to obstruct my way to the Chapel except Officer Hanna's answer "Your BEAT!!" When I asked to go to the Chapel service. An answer so pleasantly informative as a way of saying (Sorry About Your Luck) and also likely not I became upset with my anxiety disorder (No doubt) for I thought it was a dignified question deserving a dignified answer. (?) ... At least two words from Officer Hanna was better than being ignored by the Officer ____ whom promised we would go to Chapel at 6pm upon the fact I returned the cleaners, whom let Unit #5 out to Chapel ignoring Unit #6 totally.

At this time I must admit that my anxiety level maxed out as I began to cry due to lack of proper medication and Officer Hanna returned with Lt. ____ to tell me to calm down as I tried to explain I wanted to go to Chapel and anxiety is triggered by uniformed anger in this situation and the Lt ____ told me bluntly "To protect me" !! From those on Unit #5 !! (Officer Mills said no "PC"-very confused). Just as I was told (7/29-630pm appear) by Officer Hanna and Lt. ____ "that I am being protected from the women in Unit #5", as the reason I couldn't attend Chapel. The Lt ____ also told me or should I stated smartly, "Do you have a Book?" (Responded-Yes) "Pick it up and practice religion". At this point trying to calm my panic anxiety attack I said my Serenity Prayer aloud only to be chuckled at by Officer Hanna and Lt ____ as they walked away again humored by tears and crying brought on by my disorder of anxiety.

I cannot attend Chapel with the women of Unit #5, but I can stand alone in med line in the hallways, eat with them at Chow, walk back unguarded waiting for door to be opened, BUT CANNOT GO TO CHAPEL WITH THEM ??? I Question and Grieve to Motive of their denial on 7/29/08 to attend Chapel Services !! One can possibly (?) justify being guarded/protected"

— Next Page —

while in line in the hallways(?), betimes, while the officers back is turned talking to men inside the men's units or sitting at the desk unable to see the main hallway or the women standing there in clear view but not in Chapel ??? Or on the way there ?? Or in Chow as yesterday it took Corporal Mann (7/30) 5 minutes to realize a female inmate and a male inmate were talking to sanction them? These are ample times for me to be "unprotected" as I was told the night of Chapel (7/24) while trying to get straight full sentence answers on the unavailability of Chapel !!

<u>I Grieve Explanation !!</u>

Look for resolution with :

☐ Full sentence explanations as to why I couldn't go to Chapel .
(at step miss on "7/24/08-verbally)

☐ To protect other inmates rights to religious practice.

☐ An appology, if at all practical, as to the way I was told I could not go .

☑ Access to religious practices the remainder of my time.

◯ Credit work hour to my time for cleaning Unit # 6

8/10/08 - ADD ON A good day for cleaning and having been sanctioned

Thank-you,

Sincerely,

Pamela J. Bergmann
7/31/08

CC.  Sponsor in AA
     ACLU

8/4/08 at Mintec 6:55 pm
Met w/ her over grievance
of Religious Bible Study

Write off as informal process
Met this grievance form out to submit
and decide if I am going to write
often out or not





USA 42

USA 17

Pamela Bergmann
1751662

SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetc    DE 199

U.S.N.S.
X-RAY



Clerk of the Court
U.S. District Court
Lockbox 18
844 North King Street
Wilmington, DE. 19801

19801S2619 C012