
Case 1:08-cv-00516-SLR   Document 6   Filed 09/02/2008   Page 1 of 3

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

08cv516

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 SEP -2 PM 3:07

U.S.M.S X-RAY

NIXIE     197 DC 1     00 08/27/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 19899001818     *1527-09537-21-39

Not here — to sender

Pamela J. Bergmann
SBI# 175662
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

**Utility Events**

1:08-cv-00516-UNA Bergmann et al v. Hanna et al

PaperDocuments

## U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 8/20/2008 at 2:43 PM EDT and filed on 8/20/2008
**Case Name:** Bergmann et al v. Hanna et al
**Case Number:** 1:08-cv-516
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb)**

**1:08-cv-516 Notice has been electronically mailed to:**

**1:08-cv-516 Notice has been delivered by other means to:**

Pamela J. Bergmann
SBI# 175662
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947